

# THE SUPREME COURT OF TEXAS

Orders Pronounced November 8, 2022

**MISCELLANEOUS**

22-0997   IN RE STATE OF TEXAS; from Harris County

The district court's temporary restraining order issued today in Cause No. 2022-73765, Texas Organizing Project v. Harris County, et al., is stayed. Voting should occur only as permitted by Texas Election Code Section 41.032. Later cast votes should be segregated.